SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
EMILY J. GROENDYKE (No. 264102)
(E-mail: Emily_Groendyke@fd.org)
MARK R. DROZDOWSKI (No. 166669)
(E-mail: Mark_Drozdowski@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-7566
*Attorneys for Petitioner*

KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
XIOMARA COSTELLO
Supervising Deputy Attorney General
ALLISON H. CHUNG
Deputy Attorney General
State Bar No. 204386
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2058
Fax: (213) 897-6496
*Attorneys for Respondent*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ENRIQUE DIAZ, | NO. CV 09-0147 RGK (RNB) |
| Petitioner, | STIPULATED SUPERSEDING PROTECTIVE ORDER; AND ORDER THEREON |
| v. | |
| LARRY SMALL, Warden, | |
| Respondent. | |

Pursuant to this Court's Order dated May 27, 2011 (Doc. #97) and the status conference conducted on June 10, Petitioner and Respondent, through their respective counsel, hereby stipulate, agree and request that this Court enter the following superseding protective order regarding documents and materials produced to Respondent during this habeas action:

1. Documents and materials from trial counsel's file, including the files of other defense-team members, produced to Respondent's counsel before the deposition of trial counsel and the evidentiary hearing shall be deemed confidential. These documents and materials (hereafter "documents") may be used only by the parties to this federal habeas litigation, namely (1) representatives from the Office of the California Attorney General and (2) representatives of the Office of the Federal Public Defender. These documents may be used by these parties only for purposes of any proceedings incident to litigating the claims presented in the Petition for Writ of Habeas Corpus pending before this Court.

2. Disclosure of the contents of these documents or the documents themselves may not be made to any other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies, without an order from this Court.

3. This order shall continue in effect after the conclusion of the habeas corpus proceedings and specifically shall apply in the event of a retrial of all or any

//
//
//

portion of Petitioner's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment in this matter.

                                              Respectfully submitted,

                                              SEAN K. KENNEDY
                                              Federal Public Defender

DATED: June 29, 2011           By:    */s/ Emily J. Groendyke*
                                              MARK R. DROZDOWSKI
                                              EMILY J. GROENDYKE
                                              Deputy Federal Public Defenders,

                                              Counsel for Petitioner,
                                              ENRIQUE DIAZ


                                              EDMUND G. BROWN, JR.
                                              Attorney General for the State of California

DATED: June 29, 2011           By:    */s/ Allison H. Chung*
                                              ALLISON H. CHUNG
                                              Deputy Attorney General

                                              Counsel for Respondent
                                              LARRY SMALL

IT IS SO ORDERED.

DATED: June 29, 2011

                                              HONORABLE ROBERT N. BLOCK
                                              United States Magistrate Judge

Presented By:

SEAN K. KENNEDY
Federal Public Defender

By:    */S/*
MARK R. DROZDOWSKI
EMILY J. GROENDYKE
Deputy Federal Public Defenders

Counsel for Petitioner
ENRIQUE DIAZ