

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DIAZ,<br><br>    Petitioner,<br><br>    vs.<br><br>LARRY SMALL, Warden,<br><br>    Respondent. | Case No. CV 09-0147-RGK (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the original Report and Recommendation of the United States Magistrate Judge, respondent's and petitioner's respective objections thereto, the Supplemental Report and Recommendation of the United States Magistrate Judge, and petitioner's objections thereto. Having made a de novo determination of those portions of the original Report and Recommendation and the Supplemental Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge.

//
//
//
//

IT THEREFORE IS ORDERED that petitioner's alternative request for a stay under <u>Gonzalez v. Wong</u>, 667 F.3d 965 (9th Cir. 2011) is denied, and that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: MAR 13 2012.

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE