JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DIAZ,<br><br>　　　　Petitioner,<br><br>vs.<br><br>LARRY SMALL, Warden,<br><br>　　　　Respondent. | Case No. CV 09-0147-RGK (RNB)<br><br>**J U D G M E N T** |

　　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Jude filed herein,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: MAR 13 2012

　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE