JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ENRIQUE DIAZ,

    Petitioner,

vs.

LARRY SMALL, Warden,

    Respondent.

Case No. CV 09-0147-RGK (RNB)

**JUDGMENT**

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Jude filed herein,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: MAR 13 2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE